ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Katherine C. Essington*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided April 21, 2008

STATE OF CONNECTICUT *v.* JAMES RUSSELL HOOD

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 189 (AC 27586), is denied.

*Nathalie Feola-Guerrieri*, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided April 21, 2008

STATE OF CONNECTICUT *v.* WILLIS WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 295 (AC 28037), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Christopher M. Neary*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant's state's attorney, in opposition.

Decided April 21, 2008